Theresa M. O'Connell, Appellant, *v.* Thomas J. O'Connell et al., Individually and as Executors of Michael E. O'Connell, Deceased, Respondents, et al., Defendant.

Argued April 20, 1955; decided June 2, 1955.

*Abraham Wilson, Warren S. Tenney* and *Donald T. Mullane* for appellant.

*William F. Cassin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.